IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROGER ACUFF,<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION GROUP BENEFITS PROGRAM, NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, INSURANCE & FINANCIAL SERVICES NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, STATE STREET BANK AND TRUST COMPANY and COOPERATIVE BENEFIT ADMINISTRATORS, INC.,<br><br>   Defendants. | )<br>) Case No. 3:09-CV-668<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>MEMORANDUM AND ORDER</u>

  This matter comes before the Court on the Stipulation of Dismissal (Doc. 27) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared and remain in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:  June 17, 2010**

         <u>s/ J. Phil Gilbert</u>
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**